**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Victor Hugo DORANTES–HERNAN-**
**DEZ, a.k.a. Victor Doranten,**
**Defendant–Appellant.**

**No. 08–10148**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 11, 2008.

S. Ralph Martin, Jr., Law Office of S. Ralph Martin, Jr., Atlanta, GA, for Defendant–Appellant.

Before TJOFLAT, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

S. Ralph Martin, Jr., counsel for Victor Dorantes–Hernandez in this direct crimi-

nal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hernandez's conviction and sentence is **AFFIRMED.**